UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FERIDE NUSHI and NIOLLE LLESHAJ,

        Plaintiffs,

v.                                                                           Case No. 12-13631
                                                                         (Agency No. LIN-12-172-50516)
MARK HAZUDA, Director, Nebraska         Patrick J. Duggan
Service Center; ALEJANDRO MAYORKAS,
Director, United States Citizenship and
Immigration Services; JOHN MORTON,
Director, United States Immigration and
Customs Enforcement; and JANET
NAPOLITANO, Secretary, Department
of Homeland Security, in their official capacities,

        Defendants.
_____/

## **ORDER**

      This matter is before the Court on Plaintiffs' Complaint for Mandamus and Motion for Emergency Stay of Removal, filed August 16, 2012.  The Court has reviewed Plaintiffs' Complaint, motion, and supporting documents, and has been otherwise fully advised in the premises.

      Accordingly,

     **IT IS ORDERED** that immediately upon entry of this Order, Plaintiffs shall serve Defendants copies of this Order together with copies of all of the pleadings filed in this matter.  Plaintiffs shall effectuate service upon Defendants as provided in Federal Rule of Civil Procedure 4(i)(1) and (2).

**IT IS FURTHER ORDERED** that Defendants shall file a response to Plaintiffs' motion, along with any relevant supporting documents, on or before September 7, 2012. Plaintiffs may, if they wish, file a reply in further support of their motion on or before September 14, 2012.

**IT IS FURTHER ORDERED** that absent further order of the Court, counsel for the parties shall appear before the Honorable Patrick Judge Duggan, in Courtroom 861 of the Theodore Levin U.S. Courthouse, 231 West Lafayette Blvd., Detroit, Michigan, 48226, on Wednesday, September 19, 2012 at 2:30 p.m. for a hearing on Plaintiffs' request for emergency relief.

**IT IS FURTHER ORDERED** that to preserve this Court's jurisdiction over this matter, Plaintiff Nikolle Lleshaj's removal is **STAYED** until further order of this Court. For good cause shown, Defendants may move to vacate this stay.

Dated: August 16, 2012                    s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Marshal E. Hyman, Esq.
Russell Reid Abrutyn, Esq.